IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| BENNY L. HERRON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CV 123-069 |
| | ) | |
| CIRCLE K STORES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

The Court determined during today's teleconference it is in the best interest of all parties to **STAY** discovery briefly for the purpose of mediation. The parties shall inform the Court of the chosen mediation date and mediator during the follow-up teleconference next Wednesday, November 20, 2024. If mediation cannot occur by December 13, 2024, the parties shall also provide, during next Wednesday's teleconference, specific dates for the 30(b)(6) deposition and completion of discovery in the event mediation is unsuccessful.

SO ORDERED this 13th day of November, 2024, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA