# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **1:23cv069**　　　　　　　　　　　　　DATE **April 24, 2025**

TITLE **Benny L. Herron as next of kin to Jenefer Herron, deceased, et al v Circle K Stores, Inc.**　　　TIMES **7 hours**

Honorable : **Brian K. Epps, United States Magistrate Judge**　　Courtroom Deputy : **Courtnay Capps**

Court Reporter : **FTR**

| Plaintiff | Defendant |
|---|---|
| **Benny Herron**<br>**Bryon Herron**<br>**Attorney Jonathan Nolley**<br>**Attorney Daniel Dalton** | **Attorney Hadley Mann**<br>**Jody Bierd, Circle K Business Unit** |

PROCEEDINGS: **Mediation by video teleconference**　　　☐ In Court　☑ In Chambers

NOTES:

Mediation held. Case settled.
Dismissal to be filed within 60 days.