IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| BENNY L. HERRON and BRYON M. HERRON, as next of kin to Jenefer Herron, deceased, | * * * * | |
| Plaintiffs, | * * | CV 123-069 |
| v. | * * | |
| CIRCLE K STORES, INC., et al., | * * * | |
| Defendants. | * | |

O R D E R

Before the Court is the Parties' stipulation of dismissal with prejudice. (Doc. 58.) All Parties have signed the stipulation. (Id. at 1-2.) Thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter be **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each Party shall bear its own costs and fees unless otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 1ST day of August, 2025.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA